UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re XM SATELLITE RADIO COPYRIGHT LITIGATION<br><br>This Document Relates to:<br><br>07 Civ. 2385 (LAK) | MASTER DOCKET<br><br>06 Civ. 3733 (LAK) |

### STIPULATION AND PROPOSED ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by, between, and among plaintiffs (a) Famous Music LLC, SONY/ATV Tunes LLC, SONY/ATV Songs LLC, SONLY/ATV Discos Music Publishing LLC and SONY/ATV Music Publishing LLC, doing business as SONY/ATV Tree Publishing, SONY/ATV Cross Keys Publishing, SONY/ATV Milene Music and SONY/ATV Acuff Rose Music (collectively, the "Sony Plaintiffs"); (b) WB Music Corp., Warner-Tamerlane Publishing Corp. and Unichappell Music, Inc. (collectively, the "Warner "Plaintiffs") and (c) defendant XM Satellite Radio Inc. ("XM"), through their designated counsel, that all claims of the Sony Plaintiffs and the Warner Plaintiffs in Case No. 07 Civ. 2385 (LAK) against XM be and hereby are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Such Plaintiffs and XM shall bear their own costs and attorney's fees.

KL3 2730519.1

This stipulation of dismissal does not relate to or affect any claims which other plaintiffs in related litigations in this Master Docket may have against XM.

Dated: August 5, 2009

GIBSON, DUNN & CRUTCHER

By: _____
Orin Snyder (OS-3122)
Debra Wong Yang (admitted *pro hac vice*)

200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Fax: (212) 351-4035

333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Fax: (213) 229-7520

*Attorneys for Sony and Warner Plaintiffs*

CONSTANTINE CANNON, P.C.
AXEL BERNABE
SETH GREENSTEIN
TODD ANDERSON

450 Lexington Avenue, 17th Floor
New York, New York 10017
Telephone: (212) 350-2700
Fax: (212) 350-2701

COOLEY GODWARD KRONISH LLP

By: _____
Celia Goldwag Barenholtz (CB-9126)
Peter J. Willsey (admitted *pro hac vice*)
Stephen A. Wieder (SW-1442)

1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 479-6000
Fax: (212) 479-6275

*Attorneys for Defendant XM Satellite Radio Inc.*

SO ORDERED:

_____
U.S.D.J.

11/23/09

2

KL3 2738519.1