UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re XM SATELLITE COPYRIGHT　　　　　:　　MASTER DOCKET
LITIGATION　　　　　　　　　　　　　　　　:　　06 CV 3733 (LAK)
　　　　　　　　　　　　　　　　　　　　　　　:
This Document Relates to: 07 CV 4682　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------ X

### ORDER EXTENDING STAY OF DISCOVERY

WHEREAS by letter dated January 12, 2010, counsel for all of the parties requested that the stay of discovery in these actions be extended through and including April 30, 2010, in order to facilitate the ongoing settlement efforts,

IT IS HEREBY ORDERED that the stay of discovery shall be extended through and including April 30, 2010.

Dated: January 19 2010

_____
Lewis A. Kaplan
United States District Judge

```
         NY
      JMENT
   TRONICALLY FILED
   #: _____
  TE FILED #: 1/19/10
```