UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
In re XM SATELLITE RADIO COPYRIGHT LITIGATION

MASTER DOCKET
06 Civ. 3733 (LAK)

This Document Relates to:     07 Civ. 4682 (LAK)
-------------------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Declaration of Christopher M. McGrath, the Exhibits thereto, and the other documents, pleadings and matters of record herein, Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on March 22, 2011 at 9:30 a.m., for a finding that the proposed award of attorneys' fees, reimbursement of expenses, and incentive awards for the class representative Plaintiffs should all be granted as reasonable and fair to the Settlement Classes.

Dated:  New York, New York
        February 22, 2011

                              Respectfully submitted,

                              */s/ Christopher Lovell*
                              Christopher Lovell (CL-2595)
                              Christopher M. McGrath (CM-4983)
                              **LOVELL STEWART HALEBIAN JACOBSON LLP**
                              61 Broadway, Suite 501
                              New York, New York 10006
                              Telephone:    (212) 608-1900
                              Facsimile:    (212) 719-4775

                              */s/ Jeffrey L. Graubart*
                              Jeffrey L. Graubart (JG-1338)
                              **LAW OFFICES OF JEFFREY L. GRAUBART, P.C.**
                              350 West Colorado Boulevard, Suite 200
                              Pasadena, California 91105-1855
                              Telephone:    (626) 304-2800

1

        Facsimile:    (626) 304-2807

        */s/ Joshua Graubart*
        Joshua Graubart (JG-6791)
        **LAW OFFICES OF JOSHUA GRAUBART, P.C.**
        237 E. 28th Street, Suite 1D
        New York, New York 10016
        Telephone:    (646) 781-9321
        Facsimile:    (646) 224-8088

        */s/ Steven J. D'Onofrio*
        Steven J. D'Onofrio, Esq. (SD-8794)
        5335 Wisconsin Avenue, N.W. Suite 950
        Washington, D.C. 20015
        Telephone:    (202) 686-2872
        Facsimile:    (202) 686-2875

        ***Counsel for Plaintiffs & the Settlement Classes***